384 A.2d 241

**COMMONWEALTH of Pennsylvania**

v.

**Dolores M. Rozzo HUNTLEY, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 1978.

Decided April 7, 1978.

Michael M. Mamula, Richard E. Goldinger, Public Defender, Butler, for appellant.

Robert F. Hawk, David L. Cook, Asst. Dist. Attys., Butler, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.